UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEE MAJOR (#434787)　　　　　　　　　　　　　　　　CIVIL ACTION

VERSUS

TRAVIS DAY, ET AL.　　　　　　　　　　　　　　　　17-469-SDD-RLB

RULING

On or about May 20, 2017, the *pro se* Plaintiff, a person confined at the Louisiana State Penitentiary ("LSP") Angola, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. On May 30, 2018, the plaintiff was granted 21 days to pay an initial partial filing fee as previously ordered. *See* R. Doc. 14.

A review of the record now reflects that the plaintiff has failed to pay the filing fee as ordered. Instead, a copy of the Order has been returned to the Court on March 28, 2018 as undeliverable, with a notation on the envelope of "RtS not Here." *See* R. Doc. 15.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the claims of the plaintiff be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on May 7, 2018.

SHELLY D. DICK, DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA